IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AGNES ZONTHEA BATISTE                                                      PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 1:08cv1352-RHW

RITA LUMPKIN and PEARL RIVER COUNTY                         DEFENDANTS

**FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED with prejudice.

SO ORDERED, this the 2nd day of February, 2010.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE